# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 21, 2025

Jonathan R. Whitehead
WHITEHEAD LAW OFFICE
Suite 210
229 S.E. Douglas Street
Lee's Summit, MO  64063-2301

RE:  25-1772  Geri Bachman v. Hickman Mills School District, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc:     Steven F. Coronado
       Paul F. Gordon
       Karyn Heiss
       Paige A. Wymore-Wynn

       District Court/Agency Case Number(s):   4:23-cv-00931-FJG

**Caption For Case Number: 25-1772**

Geri Bachman

       Plaintiff - Appellant

v.

Hickman Mills School District; Yaw Obeng, In their official and personal capacities; Derrick Jordan, Sr., In their official and personal capacities; Carol Graves, In their official capacities as Directors of the Board of Education; Byron Townsend, In their official capacities as Directors of the Board of Education; Irene C. Kendrick, In their official capacities as Directors of the Board of Education; Beth Boerger, In their official capacities as Directors of the Board of Education; Brandon Wright, In their official capacities as Directors of the Board of Education; Ann E. Coleman, In their official capacities as Directors of the Board of Education

       Defendants - Appellees

**Addresses For Case Participants:   25-1772**

Jonathan R. Whitehead
WHITEHEAD LAW OFFICE
Suite 210
229 S.E. Douglas Street
Lee's Summit, MO  64063-2301

Steven F. Coronado
FISHER & PATTERSON
51 Corporate Woods, Suite 300
9393 W. 110th
Overland Park, KS  66210-0000

Paul F. Gordon
FISHER & PATTERSON
51 Corporate Woods, Suite 300
9393 W. 110th
Overland Park, KS  66210-0000

Karyn Heiss
FISHER & PATTERSON
51 Corporate Woods, Suite 300
9393 W. 110th
Overland Park, KS  66210-0000

Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000